IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANCHOR BREWING COMPANY,

        Plaintiff,

  v.

JULIO PEIX, et al.,

        Defendants

No. C-06-7914 MMC

**ORDER DENYING DEFENDANT JULIO PEIX'S MOTION FOR SANCTIONS; VACATING HEARING**

Before the Court is defendant Julio Peix's motion for sanctions, pursuant to Rule 11 of the Federal Rules of Civil Procedure. Plaintiff Anchor Brewing Company has filed opposition, to which defendant has replied. Having considered the papers filed in support of and in opposition to the motion, the Court deems the matters suitable for decision on the papers, VACATES the hearing scheduled for March 23, 2007, and rules as follows.

Sanctions are appropriately awarded under Rule 11 only in "the rare and exceptional case where the action is clearly frivolous, legally unreasonable or without legal foundation, or brought for an improper purpose." See Operating Engineers Pension Trust v. A-C Co., 859 F.2d 1336, 1344 (9th Cir. 1988). The Court finds defendant has failed to show the instant action was clearly frivolous, legally unreasonable or without legal foundation, or brought for an improper purpose.

Accordingly, defendants' motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 15, 2007

                                        MAXINE M. CHESNEY
                                        United States District Judge